1010

[No. 15986–1–I.   Division One.   August 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. QUENTON
WAYNE THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–02767–0, Frank D. Howard, J., entered
January 15, 1985. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Webster and Munson, JJ.

[No. 17828–8–I.   Division One.   August 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE
HERNANDEZ LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–02562–4, Mary Wicks Brucker, J.,
entered January 8, 1986. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Webster and Pekelis, JJ.

[No. 17386–3–I.   Division One.   August 24, 1987.]

JAMES JOHNSON, ET AL, *Appellants,* v. BOYD C. QUINT,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–01139–6, Jerome M. Johnson, J., entered
October 8, 1985. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster and Pekelis, JJ.

[No. 17281–6–I.   Division One.   August 24, 1987.]

*In the Matter of the Marriage of* PATRICIA BRIDGES,
*Appellant, and* JOHN W. BRIDGES, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–50951, John W. Riley, J., entered September
ber 17, 1985. *Affirmed* by unpublished opinion per Revelle,
J. Pro Tem., concurred in by Coleman and Grosse, JJ.